UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,

    Plaintiff,

Case No. 2:15-cv-10415-RHC-EAS

-vs-

PARK SURGICAL CO., INC.,
and JOHN DOES 1-10,

    Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed R. Civ. Proc. 41(a) and the agreement entered into between the Parties in the above matter, Plaintiff hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This notice of dismissal disposes of the entire action.

    Respectfully submitted,

    /s/ Daniel A. Edelman
    Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, certify that on June 18, 2015, I caused a true and accurate copy of the foregoing document to be filed, via the Court's CM/ECF system, and to be served, as indicated, on the following parties:

VIA US MAIL:

Park Surgical Co., Inc.
5001 New Utrecht Avenue
Brooklyn, New York 11219

VIA E-MAIL:

William B. Hayes (sqhayes@aol.com)


/s/ Daniel A. Edelman
Daniel A. Edelman


Daniel A. Edelman
Cathleen M. Combs
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)